FILED
CLERK, U.S. DISTRICT COURT
5/11/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____RAM_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNTED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:22-MJ-00290 |
| v. | |
| EDWARDS, SIERRA BLAINE | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITON
in the Southern District of California on 05/11/2022
at 8:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 04/29/2022
in violation of Title 18 U.S.C., Section(s) 3583
to wit: Pretrial Violation

A warrant for defendant's arrest was issued by: The Honorable Michael S. Berg

Bond of $ no was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     5/11/22
                Date

_Cesar Perez_
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title